| | |
|---|---|
| 1 | STEVEN M. SELNA (SBN 133409) |
| | steven.selna@dbr.com |
| 2 | JOHN J. POWERS (SBN 145623) |
| | john.powers@dbr.com |
| 3 | SANJEET S. GANJAM (SBN 285615) |
| | sanjeet.ganjam@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 6 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON, and JANSSEN
RESEARCH AND DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WASSERMAN, | Case No. 3:14-CV-02739-JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and DOES 1-5, | Judge:        Hon. Joseph C. Spero<br>Courtroom:  G |
| Defendant. | |

WHEREAS Plaintiff ANDREW WASSERMAN (hereinafter "Plaintiff"), initiated the above-entitled action on June 12, 2014;

WHEREAS Plaintiff served JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, and JANSSEN RESEARCH AND DEVELOPMENT, LLC (hereinafter "Defendants") the Complaint on June 20, 2014;

WHEREAS Plaintiff filed an amended Complaint ("First Amended Complaint") on June 30, 2014;

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO ANSWER
ACTIVE/ 76215245.1

CASE NO 3:14-CV-02739-JCS

1  WHEREAS Plaintiff served each of the Defendants the First Amended Complaint on July 1, 2014;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants must file a responsive pleading to Plaintiff's First Amended Complaint by July 15, 2014; and

WHEREAS, pursuant to Local Rule 6-1(a), the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint":

The undersigned counsels of record of the respective parties in the above-entitled action hereby STIPULATE that the last day for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint shall be **July 29, 2014.**

Dated: July 15, 2014                    DRINKER BIDDLE & REATH LLP

By: */s/ Sanjeet S. Ganjam*
    Steven M. Selna
    John J. Powers
    Sanjeet S. Ganjam

Attorneys for Defendants
JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON, and JANSSEN
RESEARCH AND DEVELOPMENT, LLC

Dated: July 15, 2014                    LAW OFFICE OF AARON MYERS

By: */s/Aaron Myers*
    Aaron Myers

Attorney for Plaintiff
ANDREW WASSERMAN

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sanjeet S. Ganjam, am the ECF user whose ID and password are being used to file this attached STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Aaron Myers, counsel for Plaintiff.

Dated: July 15, 2014                           DRINKER BIDDLE & REATH LLP

By: */s/ Sanjeet S. Ganjam*
    Steven M. Selna
    John J. Powers
    Sanjeet S. Ganjam

Attorneys for Defendants
JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON, and JANSSEN
RESEARCH AND DEVELOPMENT, LLC

Dated: 7/18/14

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Joseph C. Spero]