UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Andrew Wasserman
_____,
                    Plaintiff(s),

         v.

Janssen Pharmaceuticals,
Inc., et al._____,
                    Defendant(s).
_____/

CASE NO. 14-CV-02739-VC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☑ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline   120 days


Dated: 8/26/14                              /s/ Aaron Myers
                                            Attorney for Plaintiff

Dated: 8/26/14                              /s/ John J. Powers
                                            Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: August 27, 2014                    _____
                                          UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John J. Powers, am the ECF user whose ID and password are being used to file this attached **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**. In compliance with General Order 45, X.B., I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: August 26, 2014      */s/ John J. Powers*

John J. Powers
DRINKER BIDDLE & REATH
50 Fremont St., 20th Floor
San Francisco, California 94105

*Counsel for Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Janssen Research and Development, LLC*