UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 9/16/2014 | **Time:** 11 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 14-cv-02739-VC | **Case Name:** Wasserman  v. Janssen Pharmaceuticals, Inc. | |

**Attorney for Plaintiff:** Aaron Myers
**Attorney for Defendant:** John Powers

**Deputy Clerk:** Kristen Melen         **Court Reporter:** Not reported or recorded

## PROCEEDINGS

Case Management Conference hearing held.

## PRETRIAL SCHEDULE:

**Discovery cutoff:** May 29, 2015
**Expert disclosure:** Counsel may work out their own deadlines for initial and rebuttal expert disclosures.
**Expert discovery cutoff:** July 17, 2015
**Motions heard by:** September 17, 2015
**Pretrial Conference:** November 3, 2015
**Trial: November 16, 2015, a**t **8:30 A.M., for 12-15 days,  by  [ X ]   Jury  [  ]  Court**